**Melvin Colon CALDERON, Petitioner,**

v.

**DRUG ENFORCEMENT ADMINISTRATION, Respondent.**

No. 05–3138.

United States Court of Appeals, Federal Circuit.

Sept. 27, 2005.

*ORDER*

Order Vacated, See 2005 WL 3275898.

Melvin Colon Calderon having failed to respond to this court's July 5, 2005 order,

IT IS ORDERED THAT:

This appeal is dismissed.